## 44492.   EVERHART v. DUKE.

EBERHARDT, Judge.   In this trover action defendant's motion for summary judgment was denied, and properly so since there were substantial questions of fact for jury resolution.

*Judgment affirmed. Bell, P. J., and Deen, J., concur.*

SUBMITTED MAY 29, 1969—DECIDED JUNE 13, 1969—
REHEARING DENIED JULY 17, 1969.

*George H. Carley,* for appellant.
*Orr & Joyner, W. Fred Orr, II,* for appellee.